**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**James Thomas GREEN, a/k/a Green**
**Billy, Defendant–Appellant.**

No. 12–6236.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 14, 2012.

Decided: June 19, 2012.

James Thomas Green, Appellant Pro Se. Jane Barrett Taylor, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Thomas Green appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the order and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Green,* No. 3:05–cr–00464–CMC–6 (D.S.C. Jan. 20, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*